UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JENNIFER MARIE CHAMNESS,

    Plaintiff,

    v.

THE INSITU GROUP, INC.,

    Defendant.

NO.  CV-04-3021-RHW

**ORDER DISMISSING CASE AND CLOSING FILE**

On July 6, 2005, the parties filed a Stipulation of Dismissal (Ct. Rec. 20). The parties report that they have reached a mutual settlement in the above-captioned action.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED**, with prejudice and without costs to either party.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel and **close** the file.

**DATED** this 13ᵗʰ day of July, 2005.


s/ ROBERT H. WHALEY
United States District Judge


Q:\CIVIL\2004\CHAMNESS\dismiss.ord.wpd

**ORDER DISMISSING CASE AND CLOSING FILE ~ 1**